**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SHAWN SMITH,

                Plaintiff,                             **ORDER**

        -against-                           **20-CV-10867 (KPF) (JW)**

INTERSTATE MANAGEMENT
COMPANY LLC, INTERSTATE
MANAGEMENT CORP., INTERSTATE
HOTELS & RESORTS INC.,
INTERSTATE HOTELS COMPANY,
SEAN LEONG, and 234 WEST 48, LLC,

                Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This matter has been referred for settlement. Dkt. No. 45. Should the parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis by **October 28, 2022** via email at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) to provide three mutually agreeable dates for a conference in January 2023. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York.

      Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for all Cases Referred for Settlement.

SO ORDERED.

DATED:    New York, New York
               October 18, 2022

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge